IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>The premises known as the offices of Google Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043<br>Account: ctdemure@gmail.com | Case No. 3:18-mj-00223-DMS<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL SEARCH WARRANT, APPLICATION, AFFIDAVIT FOR SEARCH WARRANT, AND RETURN<br><br>**FILED UNDER SEAL** |

For the reasons stated in the United States' Motion and Affidavit in Support of an Application for a Search Warrant, including the fact that exposure of the facts and identities of the subjects, witnesses and matters contained in the affidavit at this time could hamper, impede or jeopardize this investigation, the Court hereby grants the motion to seal. The Court finds that the danger of disclosure of facts and identities of the subjects, witnesses and matters contained in the affidavit outweighs the public's right to access.

IT IS HEREBY ORDERED that all papers submitted in support of this Application, including the Application, Affidavit, and Search Warrant, and the requisite inventory notice (with the exception of one copy of the warrant and the inventory notice that will be left at the Subject Premises), in the above-numbered matter be filed in the Office of the Clerk of Court under seal, together with this Order and Motion for Order.

//

//

//

Said documents shall not become matters of public record until further order of the Court. The United States is directed to unseal the documents when the need for secrecy has passed.

DATED this 11 day of April, 2018, at Anchorage, Alaska.

/S/ DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

_____
DEBORAH M. SMITH
Chief United States Magistrate Judge